# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENEED IRIZARRY, ETAL., ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> LIBERTY MUTUAL INSURANCE COMPANY, ) <br> ET AL., ) <br>     Defendants ) | CIVIL ACTION <br> NO. 3:13-cv-30026-KPN |

## JUDGMENT IN A CIVIL CASE

**Kenneth P. Neiman, U.S. M.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Liberty Mutual Insurance Company, et al, against the plaintiffs Eneed Irizarry, et al., pursuant to the court's endorsed order entered this date, granting the defendants motion to dismiss.

                                                **ROBERT M. FARRELL**,
                                                CLERK OF COURT

Dated: November 12, 2013         /s/ *Maurice G. Lindsay*
                                                Maurice G. Lindsay
                                                Deputy Clerk

(Civil Judgment (Routine-KPN) 8.wpd - 11/98)
        [jgm.]